# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

| | |
|---|---|
| **No. 14-1248** | **September Term, 2014** |
| | **FERC-ER13-93-000** |
| | **Filed On: January 27, 2015** [1534228] |

Avista Corporation,

      Petitioner

    v.

Federal Energy Regulatory Commission,

      Respondent

------------------------------

American Wind Energy Association,
           Intervenor

## O R D E R

      Upon consideration of the motion of the American Wind Energy Association for leave to intervene, and respondent's unopposed motion to hold case in abeyance, it is

      **ORDERED** that the motions be granted, and this case is hereby held in abeyance pending further order of the court.

      Respondent is directed to file status reports at 90-day intervals beginning April 27, 2015.

      The parties are directed to file motions to govern future proceedings in this case within 30 days of the completion of the agency proceedings.

                                      **FOR THE COURT:**
                                      Mark J. Langer, Clerk

                        BY:    /s/
                                    Mark A. Butler
                                    Deputy Clerk